JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-5570RBL |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITION OF SUPERVISED RELEASE |
| v. | |
| DION MARTIN, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant, Dion Martin, by his attorney, Assistant Federal Public Defender Linda Sullivan, to modify the defendant's special condition of supervised release. The Court has considered the motion and records in this case and DENIES the motion.

DATED this 23rd day of July, 2018.

Ronald B. Leighton
United States District Judge